IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore, Mattie P

Printed: 9/3/08

Case Number: 08 B 11604
Judge: Wedoff, Eugene R
Filed: 5/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 25,662.68 | 0.00 |
| 2. | Chase Home Finance | Unsecured | 0.00 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 77.91 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 255.85 | 0.00 |
| 5. | CACV Inc | Unsecured | 945.52 | 0.00 |
| 6. | B-Real LLC | Unsecured | 66.69 | 0.00 |
| 7. | B-Real LLC | Unsecured | 92.63 | 0.00 |
| 8. | Figi's Inc. | Unsecured | 12.85 | 0.00 |
| 9. | Capital One | Unsecured | 197.75 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 55.84 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 15.72 | 0.00 |
| 12. | Bank First | Unsecured |  | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 14. | Bankfirst | Unsecured |  | No Claim Filed |
| 15. | CompuCredit | Unsecured |  | No Claim Filed |
| 16. | Wells Fargo Financial Bank | Unsecured |  | No Claim Filed |
| 17. | Providian Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,383.44 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Moore, Mattie P | Case Number:  08 B 11604 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  5/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

